# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10637-JCM |
| | : | |
| Karlee D. Baden, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

September 26, 2025 – November 7, 2025

**Next Payment Advice Expected (post-filing):**

November 21, 2025

C.C.                                 BADEN, KARLEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :    CASE NO. 25-10637-JCM
                                                  :
    Karlee D. Baden,                              :    CHAPTER 13
                   Debtor           :
                                                  :

**VERIFICATION REGARDING PROOF OF INCOME**

I, Karlee D. Baden, hereby state as follows:

1.) I am employed by Shine Technologies, LLC where I bring home $4,359.22 per month.
2.) My wife is employed by Art of Eyecare part-time where she brings home an average of $1,075.00 per month.
3.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>November 26, 2025</u>                    <u>/s/ Karlee D. Baden</u>
                                                  Debtor



**SHINE**
Health. Illuminated.

3400 Innovation Ct
Janesville, WI 53546

Direct Deposit Advice

**Check Date** September 26, 2025
**Voucher Number** 63074

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
|  | C | ***6717 | 1,811.95 |
|  | C |  | 200.00 |
| **Total Direct Deposits** |  |  | **2,011.95** |

104653    14901-310-GEN-GA    964  63074  60679    104653
**Karlee Baden**
1119 Old Mercer Rd
Franklin, PA 16323-2134

## Non Negotiable - This is not a check - Non Negotiable

### SHINE Medical Technologies LLC

**Karlee Baden**                                                                **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 964 | Fed Taxable Income | 2,575.80 | Check Date | September 26, 2025 |
| Location | 14901-310-GEN- | Fed Filing Status | S | Period Beginning | September 7, 2025 |
| Salary | $2,884.62 | State Filing Status | S-0 | Period Ending | September 20, 2025 |

Voucher Number   63074
Net Pay          2,011.95
Total Hours Worked  0.00

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match |  | 0.00 | 86.54 | 86.54 |
| GROUP TE |  | 0.00 | 3.69 | 7.38 |
| HSA EMPL |  | 0.00 | 125.00 | 187.50 |
| Salary | 36.0576 | 80.00 | 2,884.62 | 10,096.17 |
| **Gross Earnings** |  | **80.00** | **3,013.31** | **10,291.05** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 243.33 | 936.20 |
| MED | 38.60 | 141.51 |
| PA | 81.62 | 299.40 |
| PA-610210 | 26.59 | 97.53 |
| PA-SANB | 0.00 | 10.00 |
| SS | 165.07 | 605.10 |
| WI | 0.00 | 0.00 |
| **Taxes** | **555.21** | **2,089.74** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 86.54 | 86.54 |
| AD&D Employee | 1.50 | 3.00 |
| AD&D Spouse | 0.15 | 0.15 |
| Group Term Life Calc | 3.69 | 7.38 |
| HSA Employer Contrib | 125.00 | 187.50 |
| HSA Family | 10.00 | 10.00 |
| HSA Single |  | 15.00 |
| Life Ins Employee | 3.00 | 6.00 |
| Medical Ins | 210.15 | 310.22 |
| Vision | 5.82 | 8.73 |
| Vol Life Spouse | 0.30 | 0.30 |
| **Deductions** | **446.15** | **634.82** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
|  | C |  | 1,811.95 |
|  | C |  | 200.00 |
| **Total Direct Deposits** |  |  | **2,011.95** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Alternate | 0.00 | 0.00 |
| Manager | 0.00 | 0.00 |
| PTO | -5.54 | 24.00 |
| Volunteer | 0.00 | 0.00 |

SHINE Medical Technologies LLC | 3400 Innovation Ct Janesville, WI 53546 | (608) 743-9692 | FEIN: 27-2766459 | WI: 778208-000-2



**paylocity**

Direct Deposit Advice

3400 Innovation Ct
Janesville, WI 53546

| | Check Date | Voucher Number |
|---|---|---|
| | October 10, 2025 | 63543 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| | | | 1,811.95 |
| | | | 200.00 |

104653  14901-310-GEN-GA  964  63543  61128  **104653**

**Karlee Baden**
1119 Old Mercer Rd
Franklin, PA 16323-2134

**Total Direct Deposits**  2,011.95

## Non Negotiable - This is not a check - Non Negotiable

### SHINE Medical Technologies LLC

**Karlee Baden**                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 964 | Fed Taxable Income | 2,575.80 | Check Date | October 10, 2025 |
| Location | 14901-310-GEN- | Fed Filing Status | S | Period Beginning | September 21, 2025 |
| Salary | $2,884.62 | State Filing Status | S-0 | Period Ending | October 4, 2025 |

| | | |
|---|---|---|
| Voucher Number | | 63543 |
| Net Pay | | 2,011.95 |
| Total Hours Worked | | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 86.54 | 173.08 |
| GROUP TE | | 0.00 | 3.69 | 11.07 |
| HSA EMPL | | 0.00 | 125.00 | 312.50 |
| Salary | 36.0576 | 80.00 | 2,884.62 | 12,980.79 |
| **Gross Earnings** | | **80.00** | **3,013.31** | **13,304.36** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 243.33 | 1,179.53 |
| MED | 38.60 | 180.11 |
| PA | 81.62 | 381.02 |
| PA-610210 | 26.59 | 124.12 |
| PA-SANB | 0.00 | 10.00 |
| SS | 165.07 | 770.17 |
| WI | 0.00 | 0.00 |
| **Taxes** | **555.21** | **2,644.95** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 86.54 | 173.08 |
| AD&D Employee | 1.50 | 4.50 |
| AD&D Spouse | 0.15 | 0.30 |
| Group Term Life Calc | 3.69 | 11.07 |
| HSA Employer Contrib | 125.00 | 312.50 |
| HSA Family | 10.00 | 20.00 |
| HSA Single | | 15.00 |
| Life Ins Employee | 3.00 | 9.00 |
| Medical Ins | 210.15 | 520.37 |
| Vision | 5.82 | 14.55 |
| Vol Life Spouse | 0.30 | 0.60 |
| **Deductions** | **446.15** | **1,080.97** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNC BANK ... | C | 1,811.95 |
| ... BANK, NATIONAL ASSOC... | S | 200.00 |
| **Total Direct Deposits** | | **2,011.95** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Alternate | 0.00 | 0.00 |
| Manager | 0.00 | 0.00 |
| PTO | -0.92 | 24.00 |
| Volunteer | 0.00 | 0.00 |

SHINE Medical Technologies LLC | 3400 Innovation Ct Janesville, WI 53546 | (608) 743-9692 | FEIN: 27-2766459 | WI: 778208-000-2



**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| 3400 Innovation Ct | October 24, 2025 | 64006 |
| Janesville, WI 53546 | | |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | *' | 1,811.95 |
| | C | | 200.00 |
| **Total Direct Deposits** | | | **2,011.95** |

104653   14901-310-GEN-GA   964  64006  61570   104653
**Karlee Baden**
1119 Old Mercer Rd
Franklin, PA  16323-2134

## Non Negotiable - This is not a check - Non Negotiable

### SHINE Medical Technologies LLC

**Karlee Baden**                                                                      **Earnings Statement**

| Employee ID | 964 | Fed Taxable Income | 2,575.80 | Check Date | October 24, 2025 | Voucher Number | 64006 |
| Location | 14901-310-GEN- | Fed Filing Status | S | Period Beginning | October 5, 2025 | Net Pay | 2,011.95 |
| Salary | $2,884.62 | State Filing Status | S-0 | Period Ending | October 18, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 86.54 | 259.62 |
| GROUP TE | | 0.00 | 3.69 | 14.76 |
| HSA EMPL | | 0.00 | 125.00 | 437.50 |
| Salary | 36.0576 | 80.00 | 2,884.62 | 15,865.41 |
| **Gross Earnings** | | **80.00** | **3,013.31** | **16,317.67** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 243.33 | 1,422.86 |
| MED | 38.60 | 218.71 |
| PA | 81.62 | 462.64 |
| PA-610210 | 26.59 | 150.71 |
| PA-SANB | 0.00 | 10.00 |
| SS | 165.07 | 935.24 |
| WI | 0.00 | 0.00 |
| **Taxes** | **555.21** | **3,200.16** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 86.54 | 259.62 |
| AD&D Employee | 1.50 | 6.00 |
| AD&D Spouse | 0.15 | 0.45 |
| Group Term Life Calc | 3.69 | 14.76 |
| HSA Employer Contrib | 125.00 | 437.50 |
| HSA Family | 10.00 | 30.00 |
| HSA Single | | 15.00 |
| Life Ins Employee | 3.00 | 12.00 |
| Medical Ins | 210.15 | 730.52 |
| Vision | 5.82 | 20.37 |
| Vol Life Spouse | 0.30 | 0.90 |
| **Deductions** | **446.15** | **1,527.12** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | C | 1,811.95 |
| ... BANK NATIONAL ASSOCIATIO | C | 200.00 |
| **Total Direct Deposits** | | **2,011.95** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Alternate | 0.00 | 0.00 |
| Manager | 0.00 | 0.00 |
| PTO | -0.31 | 28.00 |
| Volunteer | 0.00 | 0.00 |

SHINE Medical Technologies LLC | 3400 Innovation Ct  Janesville, WI 53546 | (608) 743-9692 | FEIN: 27-2766459 | WI: 778208-000-2



**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| 3400 Innovation Ct | November 7, 2025 | 64476 |
| Janesville, WI 53546 | | |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| | | | 1,811.95 |
| | | | 200.00 |
| **Total Direct Deposits** | | | **2,011.95** |

104653  14901-310-GEN-GA  964  64476  62018  104653
**Karlee Baden**
1119 Old Mercer Rd
Franklin, PA 16323-2134

## Non Negotiable - This is not a check - Non Negotiable

### SHINE Medical Technologies LLC

**Karlee Baden**

**Earnings Statement**

| Employee ID | 964 | Fed Taxable Income | 2,575.80 | Check Date | November 7, 2025 | Voucher Number | 64476 |
| Location | 14901-310-GEN- | Fed Filing Status | S | Period Beginning | October 19, 2025 | Net Pay | 2,011.95 |
| Salary | $2,884.62 | State Filing Status | S-0 | Period Ending | November 1, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 86.54 | 346.16 |
| GROUP TE | | 0.00 | 3.69 | 18.45 |
| HSA EMPL | | 0.00 | 125.00 | 562.50 |
| Salary | 36.0576 | 80.00 | 2,884.62 | 18,750.03 |
| **Gross Earnings** | | **80.00** | **3,013.31** | **19,330.98** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 243.33 | 1,666.19 |
| MED | 38.60 | 257.31 |
| PA | 81.62 | 544.26 |
| PA-610210 | 26.59 | 177.30 |
| PA-SANB | 0.00 | 10.00 |
| SS | 165.07 | 1,100.31 |
| WI | 0.00 | 0.00 |
| **Taxes** | **555.21** | **3,755.37** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 86.54 | 346.16 |
| AD&D Employee | 1.50 | 7.50 |
| AD&D Spouse | 0.15 | 0.60 |
| Group Term Life Calc | 3.69 | 18.45 |
| HSA Employer Contrib | 125.00 | 562.50 |
| HSA Family | 10.00 | 40.00 |
| HSA Single | | 15.00 |
| Life Ins Employee | 3.00 | 15.00 |
| Medical Ins | 210.15 | 940.67 |
| Vision | 5.82 | 26.19 |
| Vol Life Spouse | 0.30 | 1.20 |
| **Deductions** | **446.15** | **1,973.27** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| | | 1,811.95 |
| | | 200.00 |
| **Total Direct Deposits** | | **2,011.95** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Alternate | 0.00 | 0.00 |
| Manager | 0.00 | 0.00 |
| PTO | -3.69 | 36.00 |
| Volunteer | 0.00 | 0.00 |

SHINE Medical Technologies LLC | 3400 Innovation Ct  Janesville, WI 53546 | (608) 743-9692 | FEIN: 27-2766459 | WI: 778208-000-2